UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
*ex rel.*, JASON IPO and DR.
MICHAEL FREY, Relators

      Plaintiffs,

v.                                                       Case No.: 2:19-cv-156-FtM-38MRM

CHARLOTTE PAIN
MANAGEMENT CENTER,
INC., NANCY HARRIS and
SMART PHARMACY, INC.,

      Defendants.
_____/

# **ORDER**[1]

Before the Court is Relator Michael Frey's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Relator Frey (Doc. 14). This case can only be dismissed if the Court and Attorney General give written consent along with reasons, so the Court solicited the Government's position. (Doc. 15). In writing, the Government consented to dismissal because it is "commensurate with the public interest and . . . the matter does not warrant the continued expenditure of government resources."

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

(Doc. 16 at 1).  Neither Frey nor the Government wish to proceed with this case as to Frey, so the Court dismisses without prejudice as to Frey and the Government.

Accordingly, it is now

**ORDERED:**

This case is **DISMISSED without prejudice** as to Relator Michael Frey and the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida on November 6, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record